**Motion Granted; Order filed September 23, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00620-CR
_____

### EX PARTE VECTOR THORN, Appellant

On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1431849

## O R D E R

The clerk's record was filed July 31, 2014. Appellant filed a motion requesting inclusion of the clerk's record in trial court cause number 1431733. The motion is granted.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 14, 2014, containing the clerk's record in trial court cause number 1431733.

PER CURIAM